

March 9, 2017

Peter N Flocos
peter.flocos@klgates.com

T +1 212 536 4025
F +1 212 536 3901

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
New York, New York

Re:  6D Global Technologies, Inc., et ano. v. Adam Ware, 1:16 Civ. 05625

Dear Judge Engelmayer:

    We represent 6D Global Technologies, Inc. ("6D"), Tejune Kang ("Kang"), Terry McEwen ("McEwen") and Mark Szynkowski ("Szynkowski") (collectively, "the 6D Third-Party Defendants") in the Third-Party Action.  We are pleased to inform the Court that the March 7 mediation was successful and the parties were able to reach an agreement in principle to settle all claims asserted in the underlying action as well as the counterclaims and third-party claims.  The settlement is contingent on the execution of a mutually agreeable settlement agreement, which the parties are presently drafting.  Given the settlement in principle, the parties have ceased substantive work on the case.  Once the settlement agreement has been executed, the parties will file a stipulation of dismissal dismissing the complaint, counterclaims and third party-complaint with prejudice.

Respectfully submitted,

*Peter N. Flocos/ap*

Peter N. Flocos

c.    Peter Sverd, Esq.
     Steven Krane, Esq.

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

klgates.com