

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖷 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

April 6, 2017

**Via ECF**
Hon. Paul A. Engelmayer
United States District Judge
USDCSDNY
40 Foley Square, Room 2201
New York, New York 10007

　　　　　　　　　RE: **6D Global Technologies et al. v. Ware**
　　　　　　　　　Case No.: 1:16-CV- 05625
　　　　　　　　　<u>Letter Motion for Adjournment and Extensions of Time</u>

Dear Hon. Judge Engelmayer,

　　　　As Your Honor will recall, my law firm represents the Defendant and Third-Party Plaintiff Adam Ware in the above matter. This Letter Motion is being submitted in accordance with Rule 1.E. of Your Honor's Individual Rules and Practices. Mr. Ware respectfully requests that the deadline to "reopen" the action; April 7, 2017 as set forth in the Order of Discontinuance dated March 9, 2017, be extended seven (7) days to April 14, 2017.

　　　　The parties regret that it has taken longer to negotiate the terms of the written settlement than originally expected but have been working diligently to finalize the agreement. We expect that the parties will be in a position to execute the agreement early next week. For this reason, the parties request a one week extension in the deadline set forth in Your Honor's Order of Discontinuance. The parties agree and consent to this requested Adjournment and Extension of Time, which is the first application to extend the deadline set forth in Your Honor's Order of Discontinuance.

　　　　Thank you for your courtesy and consideration of this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Peter Sverd, Esq (6754)
　　　　　　　　　　　　　　　　　　　　The Law Offices of Peter Sverd PLLC
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant & Third Party
　　　　　　　　　　　　　　　　　　　　Plaintiff, Adam Ware
　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 613
　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　(646) 751-8743

Cc:　　Steven Krane, Esq. Attorney for Plaintiffs
　　　　Joanna Diakos Kordalis, Attorney for Third-Party Defendants