

THE LAW OFFICES OF
PETER SVERD
— P L L C —

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 4/7/2017                 │
└─────────────────────────────────────┘
```

April 6, 2017

**Via ECF**
Hon. Paul A. Engelmayer
United States District Judge
USDCSDNY
40 Foley Square, Room 2201
New York, New York 10007

> **RE: 6D Global Technologies et al. v. Ware**
> **Case No.: 1:16-CV- 05625**
> **WITHDRAWAL Letter Motion for Adjournment and**
> **Extensions of Time**

Dear Hon. Judge Engelmayer,

   The Settlement Agreement in the above referenced matter has been fully executed. Mr. Ware is hereby withdrawing the April 7, 2017 Letter Motion which sought an extension of time to reopen the action which was set forth in Your Honor's March 9, 2017 Order of Discontinuance.

   Thank you for your courtesy and consideration of this matter.

                                   Respectfully submitted,

                          By: _____
                                   Peter Sverd, Esq (6754)
                          The Law Offices of Peter Sverd PLLC
                                   Attorneys for Defendant Adam Ware
                                   225 Broadway, Suite 613
                                   New York, New York 10007
                                   (646) 751-8743

Cc.   Steven Krane, Esq. Attorney for Plaintiffs
      Joanna Diakos Kordalis, Attorney for Third-Party Defendants          4/7/17

         The Court thanks counsel for this update. The Clerk of Court is respectfully
         directed to terminate the letter motions pending at Dkts. 85 and 86.

              **SO ORDERED:**

                   *Paul A. Engelmayer*
              _____
              **HON. PAUL A. ENGELMAYER**
              **UNITED STATES DISTRICT JUDGE**